CASE NO. 23-1866
IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**JAMES C. PAFFORD**                                                              **APPELLANT**

V.

**DEXTER PAYNE, DIRECTOR,
ARKANSAS DEPARTMENT OF
CORRECTIONS**                                                   **APPELLEE**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2023, I electronically filed the Petition for Certificate of Appealability with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system and the following was served with a copy of the foregoing by the CM/ECF system:

Adam Jackson
Assistant Attorney General
322 Center, Suite 200
Little Rock, AR 72201
(501) 682-1785
adam.jackson@arkansasag.gov

                                                                                                                John Ogles